## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esq., hereby certify that on the 26th day of October, 2005, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

**VIA FIRST CLASS U.S. MAIL**

Jack R. Pigman, Esq.
Porter, Wright, Morris & Arthur LLP
41 South High Street
Columbus, OH 43215
RE: Union Tools, Inc.

_____
Mary E. Augustine (No. 4477)